**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

Christopher J. Dalton
(973) 424-5614
christopher.dalton@bipc.com

550 BROAD STREET, SUITE 810
NEWARK, NEW JERSEY 07102-4582

Telephone: (973) 273-9800
Facsimile:  (973) 273-9430

www.bipc.com

May 31, 2013

**Via ECF & Regular Mail**
Hon. Kevin McNulty, U.S.D.J.
United States District Court
 for the District of New Jersey
Martin Luther King, Jr. United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: Beucler v. CPG International, Inc. and AZEK Building Products Inc.
     Civil Action No. 2:12-cv-6627 (KM/MAH)
     *Plaintiff's Motion for Appointment as Interim Class Counsel (DE 29)*

Dear Judge McNulty:

  We represent defendants CPG International, Inc. and AZEK Building Products Inc. in the above-referenced matter. Defendants do not oppose Plaintiff's request for appointment as Interim Class Counsel and Liaison Class Counsel.

  Defendants do, however, reserve their right to oppose any duplicative fees or costs if any fee application is made in this matter.

Respectfully,

*/s/ Christopher J. Dalton*

Christopher J. Dalton

CJD/dtb